UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                          Chapter 11

NEW YORK HELICOPTER CHARTER INC.,                               Case No.

                       Debtor.
------------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULES 1007-2

STATE OF NEW YORK        )
                           ) ss.:
COUNTY OF NEW YORK     )

      Michael Roth, declares under the penalty of perjury, pursuant to 28 U.S.C. 1746 as follows:

      1.      I am the founder, CEO and sole owner of NY Helicopter Charter Inc. ("NYH" or the "Debtor"). Unless otherwise stated, I am personally familiar with the facts and circumstances as recited herein. This declaration is being filed along with the Debtor's Chapter 11 bankruptcy petition dated October 10, 2019 (the "Petition Date") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

### NATURE OF THE DEBTOR'S BUSINESS

      2.      NYH is a charter and sightseeing helicopter company that has been continuously operating in New York City for over 20 years and is certified by the Federal Aviation Administration ("FAA"). In addition to NYH's Part 135 license, NYH is one of only three holders in New York of a Part 136 license. Whereas non-Part 136 operators can only fly their aircraft at least three miles away in all directions from governmental land, including the Statue of Liberty and other major sightseeing attractions, Part 136 license holders are not subject to this limitation. The Part 136 license is transferrable and represents a valuable asset of this estate.

3.      NYH operates a fleet of three helicopters from a New York heliport located at 6 East River Piers in downtown Manhattan (the "NY Heliport") and a New Jersey heliport (the "NJ Heliport") located at 165 Western Rd, Kearny, NJ 07032.  The value of the fleet of helicopters, alone, is between 2.9 and 3.5 million dollars, considerably more than all scheduled debts.

4.      NYH's operates out of New York pursuant to a Downtown Heliport Permit issued to NYH by New York FirstFlight Heliports LLC d/b/a Saker Aviation Services ("Saker") that was executed in or about December 2009.  NYH is currently using the NY Heliport on a month-to-month basis.

5.      In addition to its New York operations, NYH maintains a base of operations in New Jersey.  On September 15, 2019, NYH and HELO Holdings, Inc. entered into a lease agreement described as a FBO Storage and Office Space License (the "NJ License").  Pursuant to the NJ License, HELO provided NYH with hangar space to store aircraft, tools, spare parts and equipment as well as space in the hangar and in a modular building for use by NYH as offices.  In addition, pursuant to the NJ Lease, HELO agreed to provide NYH with fueling and towing services.  The Debtor intends to assume the NJ License.

6.      As discussed herein, NYH anticipates returning to profitability in large part through the expansion of its operations in New Jersey.

7.      In addition, NYH is exploring potential opportunities to further expand its geographical reach through its Miami affiliate as well as certain strategic opportunities with respect to its New York operations.

8.      Other substantial assets of NYH include unliquidated claims by NYH against Peter Borneman b/b/a Aircraft Maintenance Specialists, Aircraft Maintenance Specialists, Inc. and Keystone Services, LLC in actions now pending in the Supreme Court of the State of New York,

New York County.  The total damages NYH is seeking in these actions is $2,000,000.00.  NYH

also intervened in an action pending in Louisiana that arose out an accident involving a helicopter

piloted by NYH in Kearney, New Jersey, to recover various damages, including (1) loss of profits

due to the inability to find a replacement helicopter; (2) travel expenses for three day travel to Bell

Helicopter's corporate HQ in Fort Worth, TX for three days; and (3) increased insurance premiums

as a result of the claim on the Policy.

## EVENTS LEADING TO THE BANKRUPTCY FILINGS

A.    Changes in Policies of the City of New York Cut NYH's Business in Half

9.    NYH began experiencing financial issues in or about January 2017 when the City

of New York issued policy changes aimed at reducing air traffic over the city.  Specifically, NYH

was directed to reduce its takeoffs and landings by fifty percent (50%).  At the same time, the

landing fees charged to NYH by Saker were increased by 40%, thereby further reducing NYH's

income.

10.    The impact of these changes to NYH's operating income was substantial.  Whereas

NYH was earning approximately $4.6 million to $5.8 million in yearly revenues from the 1990s

up to and including 2017, NYH's annual income for 2018 dropped to approximately $3.8 million.

Due to the sharp decline in operating income, NYH reduced its staff from thirty (30) employees to

thirteen (13).

B.    Loss of one-Third of the Debtor's Fleet

11.    In or about November 2018, NYH and Dallas Airmotive, Inc. ("DAI") discussed,

among other things, repairs to NYH's C30P Engine, Serial No. CAE896071, used in its Bell

helicopter with FAA registration No. N406MR, and Serial No. 53268.

12.     Based upon these discussions and, specifically, the estimated repair costs quoted by DAI, on January 18, 2019 NYH entered into an Engine Lease Agreement with DAI to lease a replacement engine (the "Leased Engine") from DAI while NYH's engine was being repaired.

13.     Notwithstanding DAI's initial repair quote, DAI significantly raised the price of such repairs.  DAI has refused to release NYH's C30P engine unless and until NYH pays DAI in full.  Accordingly, in order for NYH to continue to operate its full fleet, it was totally reliant upon the Leased Engine.

14.     The Leased Engine, however, was not functioning correctly due to a faulty fuel control unit, to the point that NYH's pilots were afraid to start the helicopter.  NYH had informed DAI of this issue, but DAI never corrected it.  Because it would have been unsafe to fly the helicopter otherwise, NYH purchased a replacement part for over $10,000 and had it installed by NYH's usual maintenance company, Analar Corporation.

15.     The dispute between NYH and DAI is currently the subject of an action pending in the Supreme Court of the State of New York, County of New York, *Dallas Airmotive, Inc. v. NY Helicopter Charter Inc.*, Index No. 654122/2019.  In connection with this action, NYH returned the Leased Engine to DAI.

16.     Due to DAI's refusal to return the C30P engine to NYH, NYH is currently operating with only two (2) of its aircraft, thereby reducing NYH's ability to service customers by one-third.  NYH will demand the turnover of the engine as property of the estate and take all necessary steps to assure that it is turned over in the absence of voluntary compliance by DAI.  The return of the engine will exponentially expand NYH's ability to service its customers.

C.    <u>First Source Bank Aircraft Financing</u>

17.    On or about March 5, 2015, NYH entered into a Loan and Security Agreement and related Promissory Note with First Source Bank in connection with a loan in the approximate amount of $1,155,000.00,  now reduced to the approximate amount of +/- $550,000.00.  To secure the loan, NYH granted First Source Bank a fist priority secured claim in each of its helicopters and related rights, which security interest was properly perfected.

18.    Due to cash restraints, NYH defaulted on this loan, and on or about August 22, 2019 First Source Bank sent NYH a Demand and Acceleration Notice declaring NYH to be in default and accelerating the obligations under the loan.

D.    <u>Unpaid Repair Costs</u>

19.    Due to cash constraints, in addition to the claims of DAI, NYH remains indebted to the following parties for repairs to NYH's aircraft and related equipment:

- Analar Corporation - $106,000.00;
- Sterling Helicopter - $56,000.00.

E.    <u>Merchant Credit Advance and Settlement of Claims Related Thereto</u>

20.    Due to cash restraints, NYH turned to AKF Inc. d/b/a Fundkite for a merchant cash advance.  In this regard, on or about November 1, 2018, NYH and Fundkite entered into a Revenue Purchase Agreement ("RPA") which provided, among other things, for Fundkite to purchase a certain percentage of NYH's receivables.  The nature and validity of the underlying loan is subject to dispute and investigation as NYH essentially does not have, nor generate, receivables- it is generally paid by its customers on or before the flights take place.

21.    The terms of the RPA proved too financially onerous for NYH and NYH ultimately defaulted on the RPA.  On or about April 18, 2019, Fundkite filed a confession of judgment against

NYH in the New York Supreme Court, County of Kings, in the amount of $590,234.48 under circumstances that are subject to challenge.

22.     Thereafter, the parties entered into settlement discussion and, on or about June 7, 2019, NYH, Roth and Fundkite entered into a Confidential Settlement Agreement.  Pursuant to the settlement agreement, NYH agreed to pay Fundkite $610,879.11 on or before November 5, 2019, in accordance with the terms of the settlement agreement.   To secure payment of the settlement amount, Fundkite was granted a second priority security interest in NYH's Bell Helicopter, Model 206B, Serial Number 2397, N408MR.  Fundkite, however, failed to properly perfect its security interest in the helicopter.

## PURPOSE OF CHAPTER 11 FILING

23.     The purpose of the filing is to return NYH to profitability.  To effectuate this goal, NYH is seeking the turnover of its engine from DAI so that NYH can once again operate with a full fleet of helicopters.  At the same time, NYH will be transitioning its main base of operations from New York to New Jersey and is actively evaluating cost cutting measures in connection with that transition.  Unlike the policies currently in effect in New York City limiting the number of flights NYH may operate daily, New Jersey has no such restriction.  Moreover, the landing fees applicable in New Jersey are considerably lower than those in New York.  NYH anticipates that these changes will inure to the benefit of creditors of this estate in the form of substantial Chapter 11 payments on their claims, if not payment in full.

24.     NYH plans on maintaining its New York landing license throughout this Chapter 11 process, and submits that this license is a valuable asset that could, if needed, be assigned to a third party for substantial value.

25.      Moreover, the automatic stay will provide NYH the breathing room from creditor collection efforts, including ongoing litigation, needed to focus on its restructuring efforts.

## LOCAL BANKRUPTCY RULE 1007-2

26.      Pursuant to Local Bankruptcy Rule 1007-2(a)(2), this case was not commenced as a Chapter 7, 12 or 13 case.

27.      Pursuant to Local Bankruptcy Rule 1007-2(a)(3), no committee was organized prior to the Petition Date.

28.      Pursuant to Local Bankruptcy Rule 1007-2(a)(4), a list containing the names of the Debtors' twenty largest unsecured creditors has been filed with the Debtor's petition.

29.      Pursuant to Local Bankruptcy Rule 1007-2(a)(5), a list containing the names of the Debtors' five largest secured creditors is annexed hereto as Exhibit A.

30.      Pursuant to Local Bankruptcy Rule 1007-2(a)(6), a summary of the Debtor's assets and liabilities is annexed hereto as Exhibit B.

31.      Pursuant to Local Bankruptcy Rule 1007-2(a)(7), there are no securities of the Debtor that are publicly held.

32.      Pursuant to Local Bankruptcy Rule 1007-2(a)(8), NYH's C30P Engine, Serial No. CAE896071, used in its Bell helicopter with FAA registration No. N406MR, and Serial No. 53268, is in the possession of DAI. No other property of NYH is in the possession of a custodian, receiver, secured party, assignee or other person or entity described therein.

33.      Pursuant to Local Bankruptcy Rule 1007-2(a)(9), the Debtor operates its business out of the NY Heliport and NJ Heliport, pursuant to agreements described herein.

34.    Pursuant to Local Bankruptcy Rule 1007-2(a)(10), all corporate assets and books and records are located with the Debtor. The Debtor does not hold any assets outside of the United States.

35.    Pursuant to Local Bankruptcy Rule 1007-2(a)(11), all pending and threatened actions and proceedings against the Debtor are listed in its Statement of Financial Affairs.

36.    Pursuant to Local Bankruptcy Rule 1007-2(a)(12), the Debtor is managed under my management.

37.    Pursuant to Local Bankruptcy Rules 1007-2(b)(1)-(3), the Debtor anticipates that for the 30 days following the Petition Date payroll expenses will be approximately $52,000. The Debtor does not anticipate making any payments to officers, directors or members in this 30-day period.

Dated: October 10, 2019

Michael Roth
CEO

# EXHIBIT A

## LIST OF CREDITORS WHO HAVE THE FIVE LARGEST SECURED CLAIMS

| Creditor | Contact Information | Nature of Claim | Amount of Claim | Description of Collateral | Value of Collateral |
|---|---|---|---|---|---|
| 1st Source Bank | PO Box 783<br>South Bend, IN 46624<br>Attn: Jeff Lindstadt<br>(610) 269-1683 | Aircraft Financing | $551,000.00 | Debtor's 3 helicopters | $3,050,00.00 |

**EXHIBIT B**

# BALANCE SHEET

|  | Oct 10, 19 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| Chase 832 | 50,006.18 |
| N.Y.H.O Chase 368 | (1,927.82) |
| NYHC- Chase-9681 | 5,470.03 |
| **Total Checking/Savings** | 53,548.39 |
| Total Current Assets | 53,548.39 |
| Fixed Assets | |
| Helicopter | |
| Helicopter N405MR | 2,070,571.51 |
| Helicopter N406MR | 1,931,800.00 |
| Helicopter N408MR | 390,000.00 |
| Original Cost - Depreciation | (4,375,150.00) |
| **Total Helicopter** | 17,221.51 |
| Total Fixed Assets | 17,221.51 |
| Other Assets | |
| Helicopter Lease Deposit | 11,824.00 |
| Note Payable -Miami Helicopter | 341,364.92 |
| **Total Other Assets** | 353,188.92 |
| **TOTAL ASSETS** | 423,958.82 |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 729,702.13 |
| **Total Accounts Payable** | 729,702.13 |
| Other Current Liabilities | |
| Garnishments | |
| Garnishment 1 ( | 1,152.00 |
| Garnishment 1 I | 85.00 |
| Garnishment 2 I | 139.86 |
| Garnishment JD | 2,208.00 |
| GarnishmentAN | 1,728.00 |
| GarnishmentDK | 4,128.00 |
| **Total Garnishments** | 9,440.86 |

| | | |
|---|---|---:|
| Note Payable - Michael Roth | | 1,115,948.67 |
| Notes Payable-Josephine Sausa | | 26,000.00 |
| Payroll Taxes Payable | | |
| | DBL | 33.00 |
| | FUI | 19.50 |
| | NY - Paid Family | 71.26 |
| | SUI | 91.04 |
| Total Payroll Taxes Payable | | 214.80 |
| Total Other Current Liabilities | | 1,151,604.33 |
| Total Current Liabilities | | 1,881,306.46 |
| Long Term Liabilities | | |
| Secured Loans | | |
| 1st Source Bank Mortgage N405 | | 290,143.70 |
| 1st Source Bank Mortgage N406 | | 223,591.21 |
| Total Secured Loans | | 513,734.91 |
| Unsecured Loans | | |
| FUNDKITE | | 386,732.42 |
| ONEFUNDER | | 59,984.12 |
| Total Unsecured Loans | | 446,716.54 |
| Total Long Term Liabilities | | 960,451.45 |
| Total Liabilities | | 2,841,757.91 |
| Equity | | |
| Retained Earnings | | (2,431,839.28) |
| Net Income | | 14,040.19 |
| Total Equity | | (2,417,799.09) |
| **TOTAL LIABILITIES & EQUITY** | | **423,958.82** |

# PROFIT AND LOSS STATEMENT

|  | Jan 1 - Oct 10, 19 |
|---|---|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     ChargeBack | (1,404.00) |
|     Charter | |
|       Waiting Time | 604.00 |
|       Charter - Other | 94,762.61 |
|     **Total Charter** | 95,366.61 |
|     Helicopter Tours | 2,055,360.23 |
|     Refund | (10,208.00) |
|   **Total Income** | 2,139,114.84 |
|   **Cost of Goods Sold** | |
|     Aircraft Parts | |
|       Repairs | 166,612.17 |
|       Supplies | 5,565.32 |
|       Aircraft Parts - Other | 7,208.30 |
|     **Total Aircraft Parts** | 179,385.79 |
|     Fuel Taxes | 445.26 |
|     Helicopter Fuel | |
|       Fuel Surcharge | 25.75 |
|       Helicopter Fuel - Other | 222,268.15 |
|     **Total Helicopter Fuel** | 222,293.90 |
|     Helicopter Leasing | 2,500.00 |
|     Helicopter Parts | 21,946.95 |
|     Landing Fee | |
|       Late Pos | 470.00 |
|       Parking | 872.00 |
|       Pax Fee | 21,970.00 |
|       Landing Fee - Other | 484,232.47 |
|     **Total Landing Fee** | 507,544.47 |
|   **Total COGS** | 934,116.37 |
| **Gross Profit** | 1,204,998.47 |
|   **Expense** | |
|     Accounting | 8,160.00 |
|     Advertising | 12,955.52 |
|     Amortization Expense | 245.00 |
|     Automobile Expense | |

| | | | |
|---|---|---|---|
| Fuel | | | |
| | Automobile | | 320.22 |
| | Fuel - Other | | 500.00 |
| | Total Fuel | | 820.22 |
| | Automobile Expense - Other | | 25,705.62 |
| Total Automobile Expense | | | 26,525.84 |
| Bank Charges | | | |
| | late fee | | 0.00 |
| | Bank Charges - Other | | 18,820.48 |
| Total Bank Charges | | | 18,820.48 |
| Computer | | | 8,976.54 |
| Contributions - 401K | | | 0.00 |
| Equipment Lease | | | 1,162.37 |
| Equipment Rental | | | 5,510.00 |
| Insurance | | | |
| | Auto | | 1,969.98 |
| | Computer Equiptment | | 5,477.41 |
| | Disability Insurance | | 1,064.42 |
| | Health | | 22,078.38 |
| | Helicopter | | 68,038.80 |
| | Workmen's Comp | | 10,314.00 |
| | Insurance - Other | | 70,664.41 |
| Total Insurance | | | 179,607.40 |
| Interest | | | 272,330.50 |
| Legal Fees | | | 97,640.08 |
| Meals & Entertainment | | | 89.22 |
| Merchant Charges | | | 48,579.89 |
| Office Supplies | | | 4,647.42 |
| Outside Services | | | 3,701.28 |
| Payroll Processing Fees | | | 2,765.21 |
| Payroll Taxes | | | 33,859.54 |
| Pension Fee | | | 128.70 |
| Postage | | | 30.43 |
| Postage and Delivery | | | 1,654.63 |
| Professional Development | | | 1,000.00 |
| Professional Fees | | | |
| | Consulting Fee | | 2,500.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Professional Fees - Other | | 3,365.61 |
| | Total Professional Fees | | | 5,865.61 |
| | Reimbursed Expenses | | | 3,479.26 |
| | Rent | | | |
| | | Hangar | | 24,400.00 |
| | | Pax Fee | | 13,770.00 |
| | | Port Authority | | |
| | | | Landing Fees | 150.00 |
| | | Total Port Authority | | 150.00 |
| | | Rent - Other | | 4,500.00 |
| | Total Rent | | | 42,820.00 |
| | Salary | | | |
| | | CEO | | 3,000.00 |
| | | Office Professional Staff | | 127,761.10 |
| | | Overtime | | 68,989.20 |
| | | Pilot Salary | | 81,884.20 |
| | | Salary - Other | | 90,179.92 |
| | Total Salary | | | 371,814.42 |
| | Taxes | | | 476.05 |
| | Telephone | | | 23,303.63 |
| | Travel | | | |
| | | Airline Tickets | | 5,057.63 |
| | | Tolls | | 610.00 |
| | | Travel - Other | | 655.39 |
| | Total Travel | | | 6,323.02 |
| | Utilities | | | 5,250.45 |
| Total Expense | | | | 1,187,722.49 |
| Net Ordinary Income | | | | 17,275.98 |
| Other Income/Expense | | | | |
| | Other Income | | | |
| | | Interest Income | | 16.45 |
| | Total Other Income | | | 16.45 |
| | Other Expense | | | |
| | | Ask my Accountant | | 22.45 |
| | | Other Expenses | | 3,229.79 |
| | | Transfer form Saving | | 0.00 |
| | Total Other Expense | | | 3,252.24 |

| | |
|---|---:|
| **Net Other Income** | (3,235.79) |
| **Net Income** | 14,040.19 |

# STATEMENT OF CASH FLOW

# New York Helicopter Group
# Projected Cash Flow

**Black is result**

|  | 3 MONTHS ENDED DECEMBER. 31, 2019 |
|---|---:|
| Opening cash | 0 |
| **REVENUES:** | |
| NY | 1,169,050 |
| NJ | 303,750 |
| **Total Sales** | 1,472,800 |
| **COGS** | (736,400) |
| **GROSS PROFIT** | 736,400 |
| **EXPENSES:** | |
| Salaries other | 233,333 |
| Auto Expense | 2,500 |
| Auto Insurance | 667 |
| Computer | 3,333 |
| Insurance-Helicopter | 83,333 |
| Insurance -Other | 16,667 |
| Printing | 5,000 |
| Payroll processing | 3,333 |
| Travel | 6,667 |
| Meals / Entertainment | 1,667 |
| Bank Service Charges | 3,333 |
| Pilot trainig | 3,333 |
| Office | 4,333 |
| Postage & Express Expenses | 3,667 |
| Supplies Expenses | 1,667 |
| Telephone | 11,333 |
| Utilities | 2,667 |
| Rent NY | 3,333 |

| | |
|---|---:|
| NJ storage | 18,000 |
| Professional Fees | 33,333 |
| **TOTAL EXPENSES** | 441,500 |
| **MARKETING/ADVERTISING EXPENSES:** | |
| NY | |
| NJ | |
| **TOTAL MARKETING/ADVERTISING** | 0 |
| **OTHER EXPENSES (INCOME):** | |
| Operational Interest Expense historical | |
| New Interest Expense | |
| Interest on new Bank Term Loan | |
| Other | |
| Other | |
| Other | |
| **TOTAL OTHER EXPENSE (INCOME)** | 0 |
| **NET INCOME (LOSS) BEFORE PROVISION FOR TAXES** | 294,900 |
| **Debt Payments (TBD)** | |
| **ending cash** | 294,900 |
| **Debt Payments (TBD)** | |
| **ending cash** | 83,392 |

| 3 MONTHS ENDED MARCH 31, 2020 | 3 MONTHS ENDED JUNE 30, 2020 | 3 MONTHS ENDED SEPT. 30, 2020 | 3 MONTHS ENDED DEC. 31, 2020 | YEAR ENDED DEC. 31, 2020 |
|---:|---:|---:|---:|---:|
| **294,900** | **699,225** | **1,776,500** | **2,853,775** | **294,900** |
| 855,900 | 1,711,800 | 1,711,800 | 1,711,800 | 5,991,300 |
| 735,000 | 1,225,000 | 1,225,000 | 1,225,000 | 4,410,000 |
| 1,590,900 | 2,936,800 | 2,936,800 | 2,936,800 | 10,401,300 |
| (795,450) | (1,468,400) | (1,468,400) | (1,468,400) | (5,200,650) |
| 795,450 | 1,468,400 | 1,468,400 | 1,468,400 | 5,200,650 |
| 175,000 | 175,000 | 175,000 | 175,000 | 700,000 |
| 1,875 | 1,875 | 1,875 | 1,875 | 7,500 |
| 500 | 500 | 500 | 500 | 2,000 |
| 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| 62,500 | 62,500 | 62,500 | 62,500 | 250,000 |
| 12,500 | 12,500 | 12,500 | 12,500 | 50,000 |
| 3,750 | 3,750 | 3,750 | 3,750 | 15,000 |
| 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| 5,000 | 5,000 | 5,000 | 5,000 | 20,000 |
| 1,250 | 1,250 | 1,250 | 1,250 | 5,000 |
| 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| 3,250 | 3,250 | 3,250 | 3,250 | 13,000 |
| 2,750 | 2,750 | 2,750 | 2,750 | 11,000 |
| 1,250 | 1,250 | 1,250 | 1,250 | 5,000 |
| 8,500 | 8,500 | 8,500 | 8,500 | 34,000 |
| 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |

| | | | | |
|---|---|---|---|---|
| 13,500 | 13,500 | 13,500 | 13,500 | 54,000 |
| 25,000 | 25,000 | 25,000 | 25,000 | 100,000 |
| 0 | 0 | 0 | 0 | 0 |
| 331,125 | 331,125 | 331,125 | 331,125 | 1,324,500 |
| | | | | |
| 30,000 | 30,000 | 30,000 | 30,000 | 120,000 |
| 30,000 | 30,000 | 30,000 | 30,000 | 120,000 |
| | | | | 0 |
| 60,000 | 60,000 | 60,000 | 60,000 | 240,000 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| | | | | 0 |
| 0 | 0 | 0 | 0 | 0 |
| 404,325 | 1,077,275 | 1,077,275 | 1,077,275 | 3,636,150 |
| | | | | |
| 699,225 | 1,776,500 | 2,853,775 | 3,931,050 | 3,931,050 |
| | | | | |
| 717,067 | 1,350,742 | 1,248,667 | 935,092 | 935,092 |