**Fill in this information to identify the case:**

Debtor name: New York Helicopter Charter, Inc.

United States Bankruptcy Court for the: Southern    District of New York (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................  $ 6,061,774.68

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................  $ 6,061,774.68

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............  $ 551,000

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........  + $ 1,609,506.84

4. **Total liabilities......................................................................................**  $ 1,609,506.84
   Lines 2 + 3a + 3b

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1

**Fill in this information to identify the case:**

Debtor name: New York Helicopter Charter, Inc.

United States Bankruptcy Court for the: Southern    District of New York
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. Cash on hand    $_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Chase | Checking | 7 3 6 8 | $ 55.07 |
   | 3.2. Chase | Checking | 9 6 8 1 | $ 9,719.61 |

4. Other cash equivalents *(Identify all)*
   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**    $ 9,774.68
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?
   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

Debtor    New York Helicopter Charter, Inc.          Case number (if known) _____
                   Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. _____    $ _____
   8.2. _____    $ _____

9. **Total of Part 2.**                                           $ _____
   Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ■ Yes. Fill in the information below.

                                                                  Current value of debtor's
                                                                  interest

11. **Accounts receivable**

    11a. 90 days old or less:    Unknown          −  _____  = →    $ _____
                                 face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:    _____    −  _____  = →    $ _____
                              face amount       doubtful or uncollectible accounts

12. **Total of Part 3**                                           $ Unknown
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**
    ■ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                              Valuation method        Current value of debtor's
                                              used for current value  interest

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:
    14.1. _____    _____    $ _____
    14.2. _____    _____    $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:
    15.1. _____    _____%    _____    $ _____
    15.2. _____    _____%    _____    $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:
    16.1. _____    _____    $ _____
    16.2. _____    _____    $ _____

17. **Total of Part 4**                                           $ _____
    Add lines 14 through 16. Copy the total to line 83.

Debtor  New York Helicopter Charter, Inc.  
     Name

Case number (if known) _____

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
- ■ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**
_____ MM/DD/YYYY  $_____  _____  $_____

**20. Work in progress**
_____ MM/DD/YYYY  $_____  _____  $_____

**21. Finished goods, including goods held for resale**
_____ MM/DD/YYYY  $_____  _____  $_____

**22. Other inventory or supplies**
_____ MM/DD/YYYY  $_____  _____  $_____

**23. Total of Part 5**  $_____
Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ■ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops—either planted or harvested**
_____  $_____  _____  $_____

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish
_____  $_____  _____  $_____

**30. Farm machinery and equipment** (Other than titled motor vehicles)
_____  $_____  _____  $_____

**31. Farm and fishing supplies, chemicals, and feed**
_____  $_____  _____  $_____

**32. Other farming and fishing-related property not already listed in Part 6**
_____  $_____  _____  $_____

Official Form 206A/B       Schedule A/B: Assets — Real and Personal Property       page 3

Debtor: New York Helicopter Charter, Inc.　　　　Case number (if known) _____

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.　　$ _____

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　☐ No
　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 　3 office desks and chairs | $ 500.00 | | $ 500.00 |
| 40. **Office fixtures** | | | |
| 　 | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 　2 Apple computers | $ 1,500.00 | | $ 1,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ | | $ |
| 42.2 _____ | $ | | $ |
| 42.3 _____ | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.　　$ 2,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor __New York Helicopter Charter, Inc.__         Case number (if known) _____
       Name

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
   - ☐ No. Go to Part 9.
   - ■ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

   47.1 _____ $_____ _____ $_____
   47.2 _____ $_____ _____ $_____
   47.3 _____ $_____ _____ $_____
   47.4 _____ $_____ _____ $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

   48.1 _____ $_____ _____ $_____
   48.2 _____ $_____ _____ $_____

49. Aircraft and accessories

   49.1 2009 Bell 206 L-4    $ 1,300,000.00    _____    $ 1,300,000.00
   49.2 2007 Bell 206 L-4    $ 1,300,000.00    _____    $ 1,300,000.00
   49.3 1978 Bell 206 BIII   $   450,000.00    _____    $   450,000.00

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

   _____ $_____ _____ $_____

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.           $ 3,050,000.00

52. Is a depreciation schedule available for any of the property listed in Part 8?
    - ■ No
    - ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    - ■ No
    - ☐ Yes

Debtor: New York Helicopter Charter, Inc.    Case number (if known): _____

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
- ■ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $ _____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets<br>New York Helicopter | $ Unknown | | $ Unknown |
| 61. Internet domain names and websites<br>www.newyorkhelicopter.com | $ Unknown | | $ Unknown |
| 62. Licenses, franchises, and royalties<br>FAA Licenses 135/136 | $ 1,000,000.00 | | $ 1,000,000.00 |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ Unknown | | $ Unknown |

**66. Total of Part 10.** Add lines 60 through 65. Copy the total to line 89.    $ 1,000,000.00

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 6

Debtor  New York Helicopter Charter, Inc.                                          Case number (if known) _____
        Name

67. Do your lists or records include personally identifiable Information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ■ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ■ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

## Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ■ Yes. Fill in the information below.

                                                                                                    Current value of
                                                                                                    debtor's interest

71. **Notes receivable**
    Description (include name of obligor)
    _____    _____ − _____ = →    $_____
                                                Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____                              Tax year _____    $_____
    _____                              Tax year _____    $_____
    _____                              Tax year _____    $_____

73. **Interests in insurance policies or annuities**
    _____                                                   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    1) Caitlin Insurance Company, Inc. v. Marks Aviation Group, LLC; Case No.: 2016-224
    2) Peter Borneman d/b/a Aircraft Maintenance Specialists, Inc., Aircraft Maintenance Specialists, Inc., and Keystone Turbine Services, LLC; Index No. 152189/2014    $ 2,000,000.00

    **Nature of claims**    1) Loss of profit/insurance; 2) Negligence, Breach of Warranty, and Tort
    **Amount requested**    $1) Unliquidated; 2) $2,000,000

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____                                                   $_____

    **Nature of claim**    _____
    **Amount requested**   $_____

76. **Trusts, equitable or future interests in property**
    _____                                                   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
    _____                                                   $_____
    _____                                                   $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                                        $ 2,000,000.00

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property                page 7

Debtor __New York Helicopter Charter, Inc.__
      Name

Case number (if known) _____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 9,774.68 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $ | |
| 82. Accounts receivable. Copy line 12, Part 3. | $ | |
| 83. Investments. Copy line 17, Part 4. | $ | |
| 84. Inventory. Copy line 23, Part 5. | $ | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 2,000.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 3,050,000.00 | |
| 88. Real property. Copy line 56, Part 9. → | | $ |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $ 1,000,000.00 | |
| 90. All other assets. Copy line 78, Part 11. | + $ 2,000,000.00 | |
| 91. Total. Add lines 80 through 90 for each column. ........ 91a. | $ 6,061,774.68 + 91b. | $ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. .................... $ 6,061,774.68

**Fill in this information to identify the case:**

Debtor name: New York Helicopter Charter, Inc.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name: 1st Source Bank

Describe debtor's property that is subject to a lien: Inventory and Equipment

$ 551,000    $ 3,050,000

Creditor's mailing address:
P.O. Box 783
South Bend, IN 46624

Describe the lien: _____

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred: 03/2015

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**2.2** Creditor's name: _____

Describe debtor's property that is subject to a lien: _____

$ ___    $ ___

Creditor's mailing address: _____

Describe the lien: _____

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred: _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines ___

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ _____

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

**Fill in this information to identify the case:**

Debtor: New York Helicopter Charter, Inc.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____    Priority amount: $_____

**2.2** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

**2.3** Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

$_____    $_____

Official Form 206E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page 1 of ___

Debtor __New York Helicopter Charter, Inc._____ Case number (if known)_____
      Name

## Part 1:  Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

Date or dates debt was incurred

_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

Date or dates debt was incurred

_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

Date or dates debt was incurred

_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

Date or dates debt was incurred

_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___

Debtor: New York Helicopter Charter, Inc.    Case number (if known): _____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address
Air Pegasus Heliport
335 West 30th Street & 12th Ave
New York, NY 10001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landing Fees

Is the claim subject to offset?
● No
☐ Yes

Amount of claim: $12,814.61

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

**3.2** Nonpriority creditor's name and mailing address
AKF, Inc., d/b/a Fundkite
88 Pine Street, 17th Floor
New York, NY 10005

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Settlement

Is the claim subject to offset?
● No
☐ Yes

Amount of claim: $409,233.42

**3.3** Nonpriority creditor's name and mailing address
American Express National Bank
C/O Zwicker & Associates, P.C.
100 Corporate Woods, Suite 230
Rochester, NY 14623

As of the petition filing date, the claim is:
● Contingent
● Unliquidated
● Disputed

Basis for the claim: Litigation

Is the claim subject to offset?
☐ No
● Yes

Amount of claim: $Unknown

**3.4** Nonpriority creditor's name and mailing address
Analar Corporation
41 Airpark Road
Princeton, NJ 08540

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Repair Services

Is the claim subject to offset?
● No
☐ Yes

Amount of claim: $114,142.79

**3.5** Nonpriority creditor's name and mailing address
Atlantic Aviation
41 Airpark Road
Princeton, NJ 08540

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landing Fees

Is the claim subject to offset?
● No
☐ Yes

Amount of claim: $32,278.30

**3.6** Nonpriority creditor's name and mailing address
Bauman Law Group
66 Palmer Avenue, Suite 49C
Bronxville, NY 10708

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Fees

Is the claim subject to offset?
● No
☐ Yes

Amount of claim: $95,000.00

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor: New York Helicopter Charter, Inc.

Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__ Nonpriority creditor's name and mailing address:
Caitlin Insurance Company, Inc.
C/O Jones Fussell, LLP
P.O. Box 1810
Rochester, NY 14623

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation

Is the claim subject to offset?
☐ No
☒ Yes

$ Unknown

---

3.__ Nonpriority creditor's name and mailing address:
Dallas Airmotive, Inc.
2988 W. Walnut Hill Lane
Dallas Forth Worth Airport, TX 75261

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Repair Services

Is the claim subject to offset?
☐ No
☒ Yes

$ 270,000.00

---

3.__ Nonpriority creditor's name and mailing address:
First Insurance Funding
450 Skokie Boulevard, Suite 1000
Northbrook, IL 60062

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Helicopter Insurance

Is the claim subject to offset?
☒ No
☐ Yes

$ 133,113.96

---

3.__ Nonpriority creditor's name and mailing address:
Helo Holding, Inc.
165 Western Road
Kearny, NJ 07032

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease Obligations

Is the claim subject to offset?
☒ No
☐ Yes

$ 79,264.96

---

3.__ Nonpriority creditor's name and mailing address:
Kabbage, Inc.
730 Peachtree Street
Atlanta, A 30308

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☒ No
☐ Yes

$ 61,259.90

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page __ of __

Debtor **New York Helicopter Charter, Inc.** Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.__** Nonpriority creditor's name and mailing address
Marks Aviation Group, LLC
111 Row Three
Lafayette, LA 70508

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Litigation

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

$ Unknown

---

**3.__** Nonpriority creditor's name and mailing address
One Funder
90 Broad Street
New York, NY 10004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 59,984.12

---

**3.__** Nonpriority creditor's name and mailing address
Montauk Airport
P.O. Box 1477
East Lake Drive
Montauk, NY 11954

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,575.00

---

**3.__** Nonpriority creditor's name and mailing address
Phelps Dunbar LLP
365 Canal Street
New Orleans, LA 70130

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Fees

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,823.08

---

**3.__** Nonpriority creditor's name and mailing address
Ranger Aviation Leasing, LLC
C/O Armbruster & Associates, APLC
332 East Farrel Road, Suite D
Lafayette, LA 70508

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Litigation

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

$ Unknown

---

Official Form 206E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page __ of __

Debtor: New York Helicopter Charter, Inc.

Case number (if known): _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.___** Nonpriority creditor's name and mailing address
Robert Lubin, CPA
3603 Quentin Road
Brooklyn, NY 112

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Accounting/Tax Services

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 3,500.00

---

**3.___** Nonpriority creditor's name and mailing address
Saker Aviation Services, Inc.
Downtown Heliport
20 South Street
New York, NY 10004

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landing/Permit Fees

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 220,000.00

---

**3.___** Nonpriority creditor's name and mailing address
Shell Aviation
P.O. Box 411722
Kansas City, MO 64141

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Fuel

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 14,516.70

---

**3.___** Nonpriority creditor's name and mailing address
Sterling Helicopter
1226 River Road
Croyden, PA 19021

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Repair Services

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
● No
☐ Yes

$ 97,000

---

**3.___** Nonpriority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page ___ of ___

Debtor  New York Helicopter Charter, Inc.                         Case number (if known)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ _____ |
| 5b. Total claims from Part 2 | 5b. + | $ 1,609,506.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,609,506.84 |

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page ___ of ___

**Fill in this information to identify the case:**

Debtor name: New York Helicopter Charter, Inc.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease for operations, storage space, and office space. | Helo Holdings, Inc.<br>165 Western Road<br>Kearny, New Jersey 07032 |
| | State the term remaining | 59 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        page 1 of ___

**Fill in this information to identify the case:**

Debtor name: New York Helicopter Charter, Inc.

United States Bankruptcy Court for the: Southern District of New York (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☒ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor Name | Mailing address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Michael Roth | 145-04 Rockaway Beach Blvd, Neponsit, NY 11694 | Fundkite | ☐ D ☒ E/F ☐ G |
| 2.2 | Michael Roth | 145-04 Rockaway Beach Blvd, Neponsit, NY 11694 | Saker Aviation Services, Inc. | ☐ D ☒ E/F ☐ G |
| 2.3 | Michael Roth | 145-04 Rockaway Beach Blvd, Neponsit, NY 11694 | One Funder | ☐ D ☒ E/F ☐ G |
| 2.4 | Michael Roth | 145-04 Rockaway Beach Blvd, Neponsit, NY 11694 | 1st Source Bank | ☒ D ☐ E/F ☐ G |
| 2.5 | | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | | ☐ D ☐ E/F ☐ G |

Official Form 206H    Schedule H: Codebtors    page 1 of ___

**Fill in this information to identify the case and this filing:**

Debtor Name __New York Helicopter Charter, Inc.__

United States Bankruptcy Court for the: __Southern__    District of __New York__
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/10/2019__    X _/s/ Michael Roth_
MM / DD / YYYY               Signature of individual signing on behalf of debtor

Michael Roth
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors