**Fill in this information to identify the case:**

Debtor Name: New York Helicopter Charter Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number: 19-13238-(SHL)

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                                  12/17

Month: October                              Date report filed: _____
                                                                MM / DD / YYYY
Line of business: Helicopter Touring, Charter    NAISC code: 481000

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Michael Roth
Original signature of responsible party: /s/ Michael Roth
Printed name of responsible party: Michael Roth

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? SBA PPP Loan | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  New York Helicopter Charter Inc.        Case number 19-13238-(SHL)

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**   $ -11,610.88

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 8,897.59

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     - $ 13,921.77

22. **Net cash flow**   + $ -5,024.18

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.   = $ -16,635.06

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 404,441.50

    (Exhibit E)

Debtor Name  New York Helicopter Charter Inc.                    Case number 19-13238-(SHL)

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 0.00

   (*Exhibit F*)

## 5. Employees

26. What was the number of employees when the case was filed?    13
27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00
30. How much have you paid this month in other professional fees?    $ 0.00
31. How much have you paid in total other professional fees since filing the case?    $ 490.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | | Column B<br>Actual<br>Copy lines 20-22 of this report. | | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 20,000.00 | − | $ 8,897.59 | = | $ −11,102.41 |
| 33. Cash disbursements | $ 30,000.00 | − | $ 13,921.77 | = | $ 16,078.23 |
| 34. Net cash flow | $ −10,000.00 | − | $ −5,024.18 | = | $ −4,975.82 |

35. Total projected cash receipts for the next month:    $ 0.00
36. Total projected cash disbursements for the next month:    − $ −8,000.00
37. Total projected net cash flow for the next month:    = $ −8,000.00

Debtor Name  New York Helicopter Charter Inc.                               Case number 19-13238-(SHL)

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

New York Helicopter Charter Inc.
Exhibit C-Cash Receipts
October 2020

| Date | Account | Name | Memo | Split | Amount |
|---|---|---|---|---|---|
| 10/02/2020 | NYHC- Chase-9681 | Groupon | Deposit | Helicopter Tours | 2,413.52 |
| 10/02/2020 | NYHC- Chase-9681 | Viator | Deposit | Helicopter Tours 65NJ | 5,781.59 |
| 10/05/2020 | NYHC- Chase-9681 | TRAVELSCAPE.LLC | Deposit | Helicopter Tours | 452.48 |
| 10/23/2020 | NYHC- Chase-9681 | Transfer from account 4030 | Deposit | Note Payable - Michael Roth | 250.00 |
| | | | | | 8,897.59 |

Exhibit C

New York Helicopter Charter Inc.
Exhibit D-Cash Disbursements
October 2020

| Date | Account | Name | Memo | Split | Amount |
|---|---|---|---|---|---|
| 10/02/2020 | NYHC- Chase-9681 | Chhefalo, Nicholas | | Payroll check | 685.81 |
| 10/02/2020 | NYHC- Chase-9681 | Sellman, Jacqueline | | Payroll check | 685.79 |
| 10/02/2020 | NYHC- Chase-9681 | Costello, Jason | | Payroll check | 494.67 |
| 10/02/2020 | NYHC- Chase-9681 | Mohan, Keith | | Payroll check | 393.46 |
| 10/02/2020 | NYHC- Chase-9681 | Payroll Taxes | 11-3514460, 113514460 | Payroll taxes | 727.88 |
| 10/02/2020 | NYHC- Chase-9681 | Hugo Neu Corp | | Rental | 1,236.00 |
| 10/02/2020 | NYHC- Chase-9681 | PayChex | 0021-MN-14 | Payroll Processing Fees | 102.70 |
| 10/02/2020 | NYHC- Chase-9681 | google addwords | | Advertising | 500.00 |
| 10/02/2020 | NYHC- Chase-9681 | YELP | | Advertising | 135.02 |
| 10/02/2020 | NYHC- Chase-9681 | GSUITE GOOGLE | | Computer | 36.00 |
| 10/02/2020 | NYHC- Chase-9681 | Google Suite | | Computer | 117.59 |
| 10/02/2020 | NYHC- Chase-9681 | Helo Holdings, Inc. | 09/28/20-10/01/20  Gallons 74 | Accounts Payable | 442.90 |
| 10/02/2020 | NYHC- Chase-9681 | Helo Holdings, Inc. | 09/23/20-09/24/20  Gallons 30 | Accounts Payable | 179.56 |
| 10/02/2020 | NYHC- Chase-9681 | Helo Holdings, Inc. | 09/25/20-09/27/20  Gallons 258 | Accounts Payable | 1,544.17 |
| 10/04/2020 | NYHC- Chase-9681 | Nicholas Gerard Volpe | | 1099 | 500.00 |
| 10/05/2020 | NYHC- Chase-9681 | Register.com | | Advertising | 6.00 |
| 10/06/2020 | NYHC- Chase-9681 | JPMorgan Chase Bank, N.A. | | Bank Charges | 120.00 |
| 10/06/2020 | NYHC- Chase-9681 | Helo Holdings, Inc. | 10/02/20-10/04/20 Gallons 305 | Accounts Payable | 1,825.45 |
| 10/07/2020 | NYHC- Chase-9681 | Verizon NYC | 1531610580001-88 | Accounts Payable | 838.63 |
| 10/07/2020 | NYHC- Chase-9681 | SOS Gases,Inc | | Helicopter Parts | 16.76 |
| 10/09/2020 | NYHC- Chase-9681 | MyFax.com | 1105224 | Telephone | 13.10 |
| 10/09/2020 | NYHC- Chase-9681 | Ez Pass | | Tolls | 620.00 |
| 10/11/2020 | NYHC- Chase-9681 | Helo Holdings, Inc. | 11-87491 09/11/20-09/17/20 | Accounts Payable | 1,355.00 |
| 10/14/2020 | NYHC- Chase-9681 | Flightline Drug Testing | | Professional Fees | 136.42 |
| 10/16/2020 | NYHC- Chase-9681 | google addwords | | Advertising | 500.00 |
| 10/19/2020 | NYHC- Chase-9681 | CHECKFRONT INC | | Computer | 499.00 |
| 10/22/2020 | NYHC- Chase-9681 | CHECKFRONT INC | | Computer | 199.00 |
| 10/29/2020 | NYHC- Chase-9681 | Sportys | | Helicopter Parts | 10.86 |
| | | | | | 13,921.77 |

Exhibit D

New York Helicopter Charter Inc.
Exhibit E-Unpaid invoices
October 2020

| | Date | Due Date | Account | Amount |
|---|---|---|---|---|
| Alliant Insurance Services Inc | 12/20/2019 | 02/09/2020 | Insurance: Workmen's Comp | 7,692.75 |
| Analar Corporation | 01/14/2020 | 01/24/2020 | Aircraft Parts: Repairs | 8,641.16 |
| | 02/03/2020 | 02/13/2020 | Aircraft Parts: Repairs | 33,901.63 |
| | 03/25/2020 | 04/04/2020 | Aircraft Parts: Repairs | 2,688.97 |
| | 04/14/2020 | 04/24/2020 | Aircraft Parts: Repairs | 640.50 |
| Comtrsys, Inc. | 07/11/2020 | 07/21/2020 | Pilot Training System | 3,950.00 |
| Emblem Heatlh | 10/10/2020 | 10/20/2020 | Health Insurance | 2,490.26 |
| Helo Holdings, Inc. | 01/17/2020 | 01/17/2020 | Helicopter Fuel | 257.16 |
| | 09/25/2020 | 09/25/2020 | Helicopter Fuel | 1,655.00 |
| | 10/06/2020 | 10/06/2020 | Helicopter Fuel | 4,823.44 |
| Nussbaum Berg Klein Wolpow | 12/01/2019 | 01/01/2020 | Accounting | 20,350.00 |
| | 06/30/2020 | 07/10/2020 | Accounting | 33,241.75 |
| NYONair LLC | 02/17/2020 | 02/17/2020 | Landing fee:Pax Fee | 2,200.00 |
| Saker Aviation | 04/01/2020 | 04/01/2020 | Landing Fee | 798.67 |
| | 06/01/2020 | 06/01/2020 | Landing Fee | 798.67 |
| | 08/08/2020 | 08/08/2020 | Landing Fee | 136.00 |
| | 08/08/2020 | 08/08/2020 | Landing Fee | 411.50 |
| | 09/01/2020 | 09/01/2020 | Landing Fee | 798.67 |
| | 10/01/2020 | 10/01/2020 | Landing Fee | 798.67 |
| Thomas's Aircraft Supplies | 12/20/2019 | 12/30/2019 | Aircraft Parts:Supplies | 1,484.54 |
| Verizon NYC | 09/20/2020 | 09/20/2020 | Telephone | 329.18 |
| Verizon Wireless | 09/20/2020 | 09/20/2020 | Telephone | 502.04 |
| | 10/10/2020 | 10/10/2020 | Telephone | 852.20 |
| WHITE & WOLNERMAN,PLLC | 12/01/2019 | 01/01/2020 | Legal | 104,173.74 |
| | 06/30/2020 | 06/30/2020 | Legal | 170,825.00 |
| | | | | 404,441.50 |

Exhibit E

10:49 AM
11/09/20

# New York Helicopter Charter, Inc
## Reconciliation Detail
NYHC- Chase-9681, Period Ending 10/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 4,952.58 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 30 items** | | | | | | |
| Paycheck | 09/25/2020 | 10003... | Chhefalo, Nicholas | X | (685.79) | (685.79) |
| Bill Pmt -Check | 10/02/2020 | 4852 | Helo Holdings, Inc. | X | (1,544.17) | (2,229.96) |
| Check | 10/02/2020 | | Hugo Neu Corp | X | (1,236.00) | (3,465.96) |
| Liability Check | 10/02/2020 | | Payroll Taxes | X | (727.88) | (4,193.84) |
| Paycheck | 10/02/2020 | 10003... | Chhefalo, Nicholas | X | (685.81) | (4,879.65) |
| Paycheck | 10/02/2020 | 10003... | Sellman, Jacqueline | X | (685.79) | (5,565.44) |
| Check | 10/02/2020 | | google addwords | X | (500.00) | (6,065.44) |
| Paycheck | 10/02/2020 | 10003... | Costello, Jason | X | (494.67) | (6,560.11) |
| Bill Pmt -Check | 10/02/2020 | 4850 | Helo Holdings, Inc. | X | (442.90) | (7,003.01) |
| Paycheck | 10/02/2020 | 10003... | Mohan, Keith | X | (393.46) | (7,396.47) |
| Bill Pmt -Check | 10/02/2020 | 4851 | Helo Holdings, Inc. | X | (179.56) | (7,576.03) |
| Check | 10/02/2020 | | YELP | X | (135.02) | (7,711.05) |
| Check | 10/02/2020 | | Google Suite | X | (117.59) | (7,828.64) |
| Check | 10/02/2020 | | PayChex | X | (102.70) | (7,931.34) |
| Check | 10/02/2020 | | GSUITE GOOGLE | X | (36.00) | (7,967.34) |
| Check | 10/04/2020 | 4853 | Nicholas Gerard Vol... | X | (500.00) | (8,467.34) |
| Check | 10/05/2020 | | Register.com | X | (6.00) | (8,473.34) |
| Bill Pmt -Check | 10/06/2020 | 4854 | Helo Holdings, Inc. | X | (1,825.45) | (10,298.79) |
| Check | 10/06/2020 | | JPMorgan Chase B... | X | (120.00) | (10,418.79) |
| Bill Pmt -Check | 10/07/2020 | 4856 | Verizon NYC | X | (838.63) | (11,257.42) |
| Check | 10/07/2020 | | SOS Gases,Inc | X | (16.76) | (11,274.18) |
| Check | 10/09/2020 | | Ez Pass | X | (620.00) | (11,894.18) |
| Check | 10/09/2020 | | MyFax.com | X | (13.10) | (11,907.28) |
| Bill Pmt -Check | 10/11/2020 | 4855 | Helo Holdings, Inc. | X | (1,355.00) | (13,262.28) |
| Check | 10/14/2020 | | Flightline Drug Testing | X | (136.42) | (13,398.70) |
| Check | 10/16/2020 | | google addwords | X | (500.00) | (13,898.70) |
| Check | 10/19/2020 | | CHECKFRONT INC | X | (499.00) | (14,397.70) |
| Check | 10/22/2020 | | CHECKFRONT INC | X | (199.00) | (14,596.70) |
| Check | 10/29/2020 | | Sportys | X | (10.86) | (14,607.56) |
| Check | 11/09/2020 | | WebRegister | X | (3.00) | (14,610.56) |
| **Total Checks and Payments** | | | | | (14,610.56) | (14,610.56) |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 10/02/2020 | | | X | 2,413.52 | 2,413.52 |
| Deposit | 10/02/2020 | | | X | 5,781.59 | 8,195.11 |
| Deposit | 10/05/2020 | | TRAVELSCAPE.LLC | X | 452.48 | 8,647.59 |
| Deposit | 10/23/2020 | | | X | 250.00 | 8,897.59 |
| **Total Deposits and Credits** | | | | | 8,897.59 | 8,897.59 |
| **Total Cleared Transactions** | | | | | (5,712.97) | (5,712.97) |
| **Cleared Balance** | | | | | (5,712.97) | (760.39) |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 19 items** | | | | | | |
| Paycheck | 06/21/2019 | 1231 | Pickett, James | | (688.25) | (688.25) |
| Bill Pmt -Check | 10/04/2019 | | Action Aircraft L.P. | | (6,067.00) | (6,755.25) |
| Bill Pmt -Check | 10/07/2019 | | Analar Corporation | | (4,053.35) | (10,808.60) |
| Bill Pmt -Check | 10/07/2019 | | Analar Corporation | | (695.00) | (11,503.60) |
| Bill Pmt -Check | 10/07/2019 | | Analar Corporation | | (525.00) | (12,028.60) |
| Bill Pmt -Check | 10/07/2019 | | Analar Corporation | | (184.18) | (12,212.78) |
| Bill Pmt -Check | 10/23/2019 | 4226 | NYONair LLC | | (520.00) | (12,732.78) |
| Bill Pmt -Check | 10/23/2019 | 4227 | NYONair LLC | | (100.00) | (12,832.78) |
| General Journal | 12/31/2019 | NYBK... | | | (687.21) | (13,519.99) |
| General Journal | 12/31/2019 | NBKW1 | | | (2.18) | (13,522.17) |
| Paycheck | 02/28/2020 | 10002... | Torres, Carlos | | (296.19) | (13,818.36) |
| Paycheck | 03/06/2020 | 10002... | Torres, Carlos | | (162.62) | (13,980.98) |
| Check | 04/01/2020 | | New York Air Charte... | | (200.00) | (14,180.98) |
| Bill Pmt -Check | 05/01/2020 | | Verizon NYC | | (851.12) | (15,032.10) |
| Bill Pmt -Check | 05/01/2020 | | Verizon NYC | | (846.41) | (15,878.51) |
| Check | 05/06/2020 | | Siteground | | (71.40) | (15,949.91) |
| General Journal | 06/30/2020 | NBKW3 | | | (122.82) | (16,072.73) |

Page 1

10:49 AM
11/09/20

# New York Helicopter Charter, Inc
## Reconciliation Detail
### NYHC- Chase-9681, Period Ending 10/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Paycheck | 07/10/2020 | 10003... | Blainey, Neil J | | (913.61) | (16,986.34) |
| Paycheck | 09/25/2020 | 10003... | Sellman, Jacqueline | | (685.81) | (17,672.15) |
| Total Checks and Payments | | | | | (17,672.15) | (17,672.15) |
| **Deposits and Credits - 4 items** | | | | | | |
| General Journal | 06/30/2020 | NBKW4 | | | 663.56 | 663.56 |
| Deposit | 07/03/2020 | | United Payment web | | 808.00 | 1,471.56 |
| Deposit | 08/01/2020 | | United Payment office | | 50.00 | 1,521.56 |
| Deposit | 09/21/2020 | | Square Inc. | | 259.93 | 1,781.49 |
| Total Deposits and Credits | | | | | 1,781.49 | 1,781.49 |
| Total Uncleared Transactions | | | | | (15,890.66) | (15,890.66) |
| Register Balance as of 10/31/2020 | | | | | (21,603.63) | (16,651.05) |
| **Ending Balance** | | | | | **(21,603.63)** | **(16,651.05)** |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020
Account Number: _____ _____ 9681

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00004584 DRI 802 141 30920 NNNNNNNNNNN  1 000000000 D2 0000
NEW YORK HELICOPTER CHARTER INC. DEBTOR-
IN-POSSESSION 19-13238
14504 ROCKAWAY BEACH BLVD
NEPONSIT NY 11694-1032



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $4,952.58 |
| Deposits and Additions | 4 | 8,897.59 |
| Checks Paid | 12 | -9,631.23 |
| ATM & Debit Card Withdrawals | 14 | -2,792.75 |
| Electronic Withdrawals | 3 | -2,066.58 |
| Fees | 1 | -120.00 |
| **Ending Balance** | **34** | **-$760.39** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Orig CO Name:Grpn Merch Svcs    Orig ID:9107882000 Desc Date:201001 CO Entry Descr:N300053466Sec:CCD    Trace#:021000026897723 Eed:201001    Ind ID:C300053466P631        Ind Name:New York Helicopter Trn: 2756897723Tc | $2,413.52 |
| 10/02 | Orig CO Name:Viator Inc    Orig ID:4943357019 Desc Date:    CO Entry Descr:Corp Pmt  Sec:PPD    Trace#:051000017005167 Eed:201002   Ind ID:           Ind Name:New York Helicopter Ch Trn: 2767005167Tc | 5,781.59 |
| 10/05 | Orig CO Name:Travelscape, LLC    Orig ID:8880392667 Desc Date:    CO Entry Descr:1003224659Sec:CTX    Trace#:111000025363120 Eed:201005   Ind ID:1003224659.2208        Ind Name:0014New York Helicop Trn: 2795363120Tc | 452.48 |
| 10/23 | Online Transfer From Chk ...4030 Transaction#: 10509791509 | 250.00 |
| **Total Deposits and Additions** | | **$8,897.59** |

Page 1 of 8



October 01, 2020 through October 30, 2020
Account Number: 9681

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4850 ^ | | 10/02 | $442.90 |
| 4851 ^ | | 10/02 | 179.56 |
| 4852 ^ | | 10/02 | 1,544.17 |
| 4853 ^ | | 10/05 | 500.00 |
| 4854 ^ | | 10/08 | 1,825.45 |
| 4855 ^ | | 10/14 | 1,355.00 |
| 4856 ^ | | 10/16 | 838.63 |
| 1000362 * ^ | | 10/20 | 685.79 |
| 1000366 * ^ | | 10/20 | 685.81 |
| 1000367 ^ | | 10/05 | 685.79 |
| 1000368 ^ | | 10/06 | 494.67 |
| 1000369 ^ | | 10/06 | 393.46 |

**Total Checks Paid**  $9,631.23

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Card Purchase       10/01 Google*Ads6632328338 Internet CA Card 3701 | $500.00 |
| 10/02 | Card Purchase       10/01 Google *Gsuite_Newyo Cc@Google.Com CA Card 3701 | 36.00 |
| 10/02 | Recurring Card Purchase 10/01 Yelpinc*855 380 9357 Www.Yelp.Com CA Card 3701 | 135.02 |
| 10/05 | Card Purchase       10/02 Google*Gsuite Newyorkh Internet CA Card 3701 | 117.59 |
| 10/05 | Recurring Card Purchase 10/03 Web*Registerwebsite 800-8999723 FL Card 3701 | 6.00 |
| 10/07 | Card Purchase       10/06 Sos Gases Inc. 201-9987800 NJ Card 3701 | 16.76 |
| 10/07 | Recurring Card Purchase 10/07 Myfax *Protus Ip Sol 866-563-9212 CA Card 3701 | 13.10 |
| 10/09 | Recurring Card Purchase 10/09 E-Z*Passny Rebill 800-333-8655 NY Card 3701 | 620.00 |
| 10/09 | Recurring Card Purchase 10/08 Web*Registerwebsite 800-8999723 FL Card 3701 | 3.00 |
| 10/14 | Card Purchase       10/13 IN *Flightline Drug Te 954-6352098 FL Card 3701 | 136.42 |
| 10/16 | Card Purchase       10/15 Google *Ads663232833 Cc@Google.Com CA Card 3701 | 500.00 |
| 10/19 | Recurring Card Purchase 10/16 Checkfront.Com - Onlin Victoria BC Card 3701 | 499.00 |
| 10/22 | Recurring Card Purchase 10/21 Checkfront.Com - Onlin Victoria BC Card 3701 | 199.00 |
| 10/29 | Card Purchase       10/28 Sporty's Catalogs 513-735-9000 OH Card 3701 | 10.86 |

**Total ATM & Debit Card Withdrawals**  $2,792.75

## ATM & DEBIT CARD SUMMARY

Michael Roth  Card 3701

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,792.75 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,792.75 |
| Total Card Deposits & Credits | $0.00 |




October 01, 2020 through October 30, 2020
Account Number: 9681



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Orig CO Name:Hugoneu-Sig21    Orig ID:9000326709 Desc Date:100220 CO Entry Descr:Sigonfile Sec:CCD    Trace#:111924681268272 Eed:201002   Ind ID:D5Rqg6 Ind Name:NY Helicopter Tours, L | $1,236.00 |
| 10/02 | Orig CO Name:Paychex Tps    Orig ID:1161124166 Desc Date:092920 CO Entry Descr:Taxes    Sec:CCD    Trace#:091000019906276 Eed:201002   Ind ID:89362800015649X Ind Name:New York Helicopter Ch | 727.88 |
| 10/02 | Orig CO Name:Paychex Eib    Orig ID:1161124166 Desc Date:201002 CO Entry Descr:Invoice   Sec:CCD    Trace#:021000022736318 Eed:201002   Ind ID:X89366800018376 Ind Name:New York Helicopter Ch Trn: 2762736318Tc | 102.70 |
| **Total Electronic Withdrawals** | | **$2,066.58** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | Service Charges For The Month of September | $120.00 |
| **Total Fees** | | **$120.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 10/01 | $7,366.10 | 10/08 | 4,523.12 | 10/20 | -800.53 |
| 10/02 | 8,243.46 | 10/09 | 3,900.12 | 10/22 | -999.53 |
| 10/05 | 7,266.56 | 10/14 | 2,408.70 | 10/23 | -749.53 |
| 10/06 | 6,378.43 | 10/16 | 1,070.07 | 10/29 | -760.39 |
| 10/07 | 6,348.57 | 10/19 | 571.07 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $59.00 |
| **Total Service Charges** | **$154.00**  Will be assessed on 11/4/20 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | $95.00 | $95.00 |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 2 | 1 | 1 | $34.00 | $34.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 3 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 29 | 500 | 0 | $0.40 | $0.00 |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | 0 | 1 | $25.00 | $25.00 |
| Debit Block Maintenance | 1 | 0 | 1 | $0.00 | $0.00 |
| ACH Debit Block - Authorized ID | 5 | 0 | 5 | $0.00 | $0.00 |
| **Subtotal Other Service Charges (Will be assessed on 11/4/20)** | | | | | **$154.00** |

ACCOUNT ( 9681



October 01, 2020 through October 30, 2020
Account Number:                  ;9681

## SERVICE CHARGE DETAIL *(continued)*

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee | 1 | | | | |
| **Accident Forgiveness** | | | | | |
| Insufficient Funds/Overdraft Item Paid | 2 | | | | |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 3 | | | | |
| **Credits** | | | | | |
| Non-Electronic Transactions | 29 | | | | |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 1 | | | | |
| Debit Block Maintenance | 1 | | | | |
| ACH Debit Block - Authorized ID | 5 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC



October 01, 2020 through October 30, 2020
Account Number: 9681

ACCOUNT # 9681

**IMAGES**

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.


002290588822 OCT 02 #0000004850 $442.90


002290588821 OCT 02 #0000004851 $179.56


002290588823 OCT 02 #0000004852 $1,544.17


008690963052 OCT 05 #0000004853 $500.00


003170339226 OCT 08 #0000004854 $1,825.45


009180452877 OCT 14 #0000004855 $1,355.00


006670056309 OCT 16 #0000004856 $838.63


009670526758 OCT 20 #0001000362 $685.79


009670526757 OCT 20 #0001000366 $685.81


003680102004 OCT 05 #0001000367 $685.79





October 01, 2020 through October 30, 2020
Account Number: 9681

**IMAGES** *(continued)*  ACCOUNT #  9681

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



002290422535 OCT 06 #0001000368 $494.67



006080622771 OCT 06 #0001000369 $393.46

10:50 AM
11/09/20

# New York Helicopter Charter, Inc
## Reconciliation Detail
Chase 832, Period Ending 10/31/2020

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 12.99 |
| Cleared Balance | | | | | | 12.99 |
| Register Balance as of 10/31/2020 | | | | | | 12.99 |
| **Ending Balance** | | | | | | **12.99** |

Not Mailed Due To Inactivity



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020
Account Number:                    ≀9832

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00033932 DRE 802 089 30520 NNNNNNNNNNN  1 000000000 64 0000
NEW YORK HELICOPTER CHARTER INC. DEBTOR-
IN-POSSESSION 19-13238
DOWNTOWN HELIPORT
6 E RIVER PIERS
NEW YORK NY 10004-3200

## SAVINGS SUMMARY
Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $12.99 |
| Ending Balance | 0 | $12.99 |
| Annual Percentage Yield Earned This Period | | 0.00% |
| Interest Paid Year-to-Date | | $1.30 |

The monthly service fee for this account was waived as an added feature of Chase Platinum Business Checking account.

You earned a higher interest rate on your Chase Business Select High Yield Savings account during this statement period because you had a qualifying Chase Platinum Business Checking account.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2

1:37 PM
11/09/20
Accrual Basis

# New York Helicopter Charter, Inc
## Balance Sheet
### As of October 31, 2020

|  | Oct 31, 20 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Chase 832 | 12.99 |
| NYHC- Chase-9681 | -16,648.05 |
| **Total Checking/Savings** | -16,635.06 |
| **Other Current Assets** | |
| Deposit on DIP loan | 10,000.00 |
| **Total Other Current Assets** | 10,000.00 |
| **Total Current Assets** | -6,635.06 |
| **Fixed Assets** | |
| **Helicopter** | |
| Helicopter N405MR | 2,053,350.00 |
| Helicopter N406MR | 1,931,800.00 |
| Helicopter N408MR | 390,000.00 |
| Original Cost - Depreciation | -4,375,150.00 |
| **Total Helicopter** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| Helicopter Lease Deposit | 11,824.00 |
| Note Payable -Miami Helicopter | 318,064.92 |
| **Total Other Assets** | 329,888.92 |
| **TOTAL ASSETS** | **323,253.86** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 2,045,131.44 |
| **Total Accounts Payable** | 2,045,131.44 |
| **Other Current Liabilities** | |
| **Garnishments** | |
| Garnishment 1 GS | 1,152.00 |
| Garnishment 1 R.C. | 170.00 |
| Garnishment 2 RC | 139.86 |
| Garnishment JD | 2,208.00 |
| GarnishmentAM | 1,728.00 |
| GarnishmentDK | 4,128.00 |
| **Total Garnishments** | 9,525.86 |
| Note Payable - Michael Roth | 1,113,281.25 |
| Notes Payable-Josephine Sausa | 26,000.00 |
| NYS Corp Taxes Payable | -1,022.36 |
| SBA PPP Loan | 120,000.00 |
| **Total Other Current Liabilities** | 1,267,784.75 |
| **Total Current Liabilities** | 3,312,916.19 |
| **Long Term Liabilities** | |
| **Secured Loans** | |
| 1st Source Bank Mortgage N405MR | 721,333.25 |
| 1st Source Bank Mortgage N406MR | 278,574.86 |
| **Total Secured Loans** | 999,908.11 |

1:37 PM
11/09/20
Accrual Basis

# New York Helicopter Charter, Inc
## Balance Sheet
### As of October 31, 2020

|  | Oct 31, 20 |
|---|---:|
| **Unsecured Loans** |  |
|   FUNDKITE | 409,233.42 |
|   ONEFUNDER | 59,984.12 |
| **Total Unsecured Loans** | 469,217.54 |
| **Total Long Term Liabilities** | 1,469,125.65 |
| **Total Liabilities** | 4,782,041.84 |
| **Equity** |  |
|   Retained Earnings | -4,022,582.30 |
|   Net Income | -436,205.68 |
| **Total Equity** | -4,458,787.98 |
| **TOTAL LIABILITIES & EQUITY** | 323,253.86 |

1:37 PM
11/09/20
Accrual Basis

# New York Helicopter Charter, Inc
## Profit & Loss
### October 2020

|  | Oct 20 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Helicopter Tours | 2,866.00 |
|     Helicopter Tours 65NJ | 5,781.59 |
|   **Total Income** | 8,647.59 |
|   **Cost of Goods Sold** | |
|     Helicopter Fuel | 7,091.79 |
|     Helicopter Parts | 27.62 |
|   **Total COGS** | 7,119.41 |
| **Gross Profit** | 1,528.18 |
|   **Expense** | |
|     Advertising | 1,141.02 |
|     Bank Charges | 120.00 |
|     Computer | 851.59 |
|     Insurance | |
|       Health | 2,490.26 |
|     Total Insurance | 2,490.26 |
|     Mechenic | 500.00 |
|     Payroll Processing Fees | 102.70 |
|     Payroll Taxes | 206.85 |
|     Professional Fees | 136.42 |
|     Rent | |
|       Office | 498.67 |
|       Port Authority | |
|         Office Rent | 1,236.00 |
|         Vehicular Parking DMH | 300.00 |
|       Total Port Authority | 1,536.00 |
|     Total Rent | 2,034.67 |
|     Salary | |
|       Office Professional Staff | 450.00 |
|       Pilot Salary | 1,730.76 |
|       Salary - Other | 600.00 |
|     Total Salary | 2,780.76 |
|     Telephone | 1,326.17 |
|     Travel | |
|       Tolls | 620.00 |
|     Total Travel | 620.00 |
|   **Total Expense** | 12,310.44 |
| **Net Ordinary Income** | -10,782.26 |
| **Net Income** | **-10,782.26** |