**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: New York Helicopter Charter Inc.　　　　CASE NO.: 19–13238–shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:　　CHAPTER: 7
11–3514460

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Gregory M. Messer is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 23, 2022

　　　　　　　　　　　　　　　　　　　　　　　Sean H. Lane, Bankruptcy Judge