# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 5/23/2022 |
| Case: 19−13238−shl | Form ID: 149 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Gregory M. Messer | gremesser@aol.com |
| aty | Fred Stevens | fstevens@klestadt.com |
| aty | Gregory M. Messer | gremesser@aol.com |
| aty | Randolph E. White | rwhite@wwlawgroup.com |
| aty | Shannon Anne Scott | shannon.scott2@usdoj.gov |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | New York Helicopter Charter Inc. | 6 East River Piers | New York, NY 10004 |

TOTAL: 1